■ In the Matter of NORMAN E. HURWITZ et al., Respondents, v BOARD OF ASSESSORS OF THE TOWN OF MENDON, Appellant. (Appeal No. 2.)—Order unanimously affirmed. Same memorandum as in *Allen v Board of Assessors* (57 AD2d 1036). (Appeal from order of Monroe Supreme Court—Real Property Tax Law, art 7.) Present—Marsh, P. J., Cardamone, Dillon, Goldman and Witmer, JJ.